1  Donna M. Mezias (State Bar No. 111902)
   dmezias@jonesday.com
2  Catherine S. Nasser (State Bar No. 246191)
   cnasser@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   NATIONAL CITY BANK
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 SONIA RENAZCO,                        Case No. cv-07-5947

12              Plaintiff,
                                         DEFENDANT NATIONAL CITY
13       v.                              BANK'S CORPORATE
                                         DISCLOSURE STATEMENT
14 NATIONAL CITY BANK, and DOES 1
   through 100,                          [28 U.S.C. §§ 1331, 1332, 1441 AND
15                                       1446]
                Defendant.
16

17
         Pursuant to Federal Rule of Civil Procedure 7.1, Defendant National City Bank
18
   ("Defendant") hereby makes the following Corporate Disclosure Statement:
19
         Defendant discloses that it is a wholly-owned subsidiary of National City Corporation.
20

21
   Dated: November 26, 2007              Respectfully submitted,
22
                                         Jones Day
23

24
                                         By: /s/ Donna M. Mezias
25                                           Donna M. Mezias

26
                                         Counsel for Defendant
27                                       NATIONAL CITY BANK

28 SFI-573851v1

                                                     DEFENDANT'S CORPORATE DISCLOSURE
                                                                              STATEMENT

**PROOF OF SERVICE**

**(CCP §§ 1013a, 2015.5)**

STATE OF CALIFORNIA     )
                        )  ss.
COUNTY OF SAN FRANCISCO )

I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: **555 California Street, 26th Floor, San Francisco, California  94104-1500.**

On **November 26, 2007**, I served the foregoing:  DEFENDANT NATIONAL CITY BANK'S CORPORATE DISCLOSURE STATEMENT on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

H. Tim Hoffman
Arthur W. Lazear
Morgan Mack
Hoffman & Lazear
180 Grand Avenue, Suite 1550
Oakland, CA  94612
Tel: 510-763-5700
Fax: 510-835-1311

[ ]  **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California.  The envelope was mailed with postage thereon fully prepaid.  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY FEDERAL EXPRESS:** I placed such envelope for deposit in the Federal Express drop slot for service by Federal Express.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with Federal Express on that same day at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if service is more than one day after date of deposit for express service in affidavit.

[X]  **BY PERSONAL SERVICE:** I caused such envelope to be hand delivered to the office of the addressee on the date specified above.

[ ]  **VIA FACSIMILE:** I caused such document(s) to be transmitted from facsimile number (415) 875-5700 to the facsimile machine(s) of the above-listed party(ies) on the date specified above.  The transmission(s) was/were reported as complete and without error.  The party(ies) has/have agreed in writing to service of the document(s) listed above by facsimile.

[ ]  **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]  **FEDERAL** I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

Executed on **November 26, 2007**, at San Francisco, California.

_____
Pamela Walter

Proof of Service