Donna M. Mezias (State Bar No. 111902)
dmezias@jonesday.com
Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
NATIONAL CITY BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA RENAZCO,<br><br>              Plaintiff,<br><br>     v.<br><br>NATIONAL CITY BANK, and DOES 1 through 100,<br><br>              Defendant. | Case No. CV-07-5947 PJH<br><br>**CERTIFICATE OF SERVICE**<br><br>**REGARDING NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** |

**PROOF OF SERVICE**

(CCP §§ 1013a, 2015.5)

STATE OF CALIFORNIA          )

                             )    **ss.**

COUNTY OF SAN FRANCISCO  )

I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: **555 California Street, 26th Floor, San Francisco, California  94104-1500.**

On **November 26, 2007,** I served the following:  NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (attached hereto) on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**H. Tim Hoffman**
**Arthur W. Lazear**
**Morgan Mack**
**Hoffman & Lazear**
**180 Grand Avenue, Suite 1550**
**Oakland, CA  94612**

[ ]    **BY MAIL:**  I caused such envelope to be deposited in the mail at San Francisco, California.  The envelope was mailed with postage thereon fully prepaid.  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **BY FEDERAL EXPRESS:**  I placed such envelope for deposit in the Federal Express drop slot for service by Federal Express.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with Federal Express on that same day at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if service is more than one day after date of deposit for express service in affidavit.

[X]    **BY PERSONAL SERVICE:**  I caused such envelope to be hand delivered to the office of the addressee on the date specified above.

[ ]    **VIA FACSIMILE:**  I caused such document(s) to be transmitted from facsimile number (415) 875-5700 to the facsimile machine(s) of the above-listed party(ies) on the date specified above.  The transmission(s) was/were reported as complete and without error.  The party(ies) has/have agreed in writing to service of the document(s) listed above by facsimile.

[ ]    **STATE**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]    **FEDERAL**  I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

Executed on **November 28, 2007,** at San Francisco, California.

_____
Pamela Walter

SFI-574689v1

- 2 -

1    Donna Mezias (State Bar No. 111902)
     dmezias@jonesday.com
2    Catherine Nasser (State Bar No. 246191)
     cnasser@jonesday.com
3    JONES DAY
     555 California Street
4    San Francisco, CA 94105
     Telephone:    (415) 626-3939
5    Facsimile:     (415) 875-5700

6    Attorneys for Defendant
     NATIONAL CITY BANK

7

**ENDORSED FILED**

**NOV 2 7 2007**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

8         **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                  **COUNTY OF SONOMA**

10

11    SONIA RENAZCO, individual, on behalf of
     herself and all others similarly situated,,

12

13           Plaintiffs,

14    v.

15    NATIONAL CITY BANK, and DOES 1
     through 100,,

16

17           Defendants.

**CASE NO. SCV241187**

**NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Complaint Filed:   September 28, 2007

18

19    **TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ADVERSE PARTY:**

20       PLEASE TAKE NOTICE THAT, on November 26, 2007, Defendant National City Bank

21    filed a Notice of Removal of Action in the United States District Court for the Northern District

22    of California.  In compliance with 28 U.S.C. § 1446(d), a copy of said Notice of Removal is

23    attached as Exhibit 1 to this Notice and is served and filed herewith.

24       PLEASE TAKE FURTHER NOTICE THAT pursuant to 28 U.S.C. § 1446(d), the filing

25    and service of this Notice effects the removal of this action and stays any further proceedings in

26    connection therewith in the Sonoma County Superior Court unless and until this action is

27    remanded.

28

*BY FAX*

---

**NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL**

1    Dated: November 26, 2007                    Jones Day

2

3                                                By: _Donna M. Mezias_

4                                                     Donna M. Mezias

5                                                Attorneys for Defendant
                                                 NATIONAL CITY BANK
6
     SFI-574025v1
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2
**NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL**

1

**PROOF OF SERVICE**

2

**(CCP §§ 1013a, 2015.5)**

**STATE OF CALIFORNIA**                    )

3
                                                              )        **ss.**

4

**COUNTY OF SAN FRANCISCO**  )

5
        I am employed in the aforesaid County, State of California; I am over the age of eighteen
years and not a party to the within entitled action; my business address is: **555 California Street,
6      26ᵗʰ Floor, San Francisco, California  94104-1500.**

7        On **November 26, 2007**, I served the foregoing:  NOTICE TO STATE COURT AND
ADVERSE PARTY OF REMOVAL OF ACTION FROM STATE COURT TO UNITED
STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA on the

8      interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope,
addressed as follows:

9
        **H. Tim Hoffman**
10      **Arthur W. Lazear**
        **Morgan Mack**
11      **Hoffman & Lazear**
        **180 Grand Avenue, Suite 1550**
12      **Oakland, CA  94612**

13   [ ]    **BY MAIL:**  I caused such envelope to be deposited in the mail at San Francisco, California.  The
envelope was mailed with postage thereon fully prepaid.  As follows: I am "readily familiar" with
the firm's practice of collection and processing correspondence for mailing.  Under that practice, it
14            would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at
San Francisco, California in the ordinary course of business.  I am aware that on motion of the
15            party served, service is presumed invalid if postal cancellation date or postage meter date is more
than one day after date of deposit for mailing in affidavit.

16   [ ]    **BY FEDERAL EXPRESS:**  I placed such envelope for deposit in the Federal Express drop
slot for service by Federal Express.  I am "readily familiar" with the firm's practice of collection
17            and processing correspondence for mailing.  Under that practice it would be deposited with
Federal Express on that same day at San Francisco, California in the ordinary course of business.
18            I am aware that on motion of the party served, service is presumed invalid if service is more than
one day after date of deposit for express service in affidavit.
19

[X]    **BY PERSONAL SERVICE:**  I caused such envelope to be hand delivered to the office of the
20            addressee on the date specified above.

21   [ ]    **VIA FACSIMILE:**  I caused such document(s) to be transmitted from facsimile number
(415) 875-5700 to the facsimile machine(s) of the above-listed party(ies) on the date
22            specified above.  The transmission(s) was/were reported as complete and without error.
The party(ies) has/have agreed in writing to service of the document(s) listed above by
23            facsimile.

[X]    **STATE** I declare under penalty of perjury under the laws of the State of California that the
24            foregoing is true and correct.

25   [ ]    **FEDERAL** I declare that I am employed within the office of a member of the bar of this Court at
whose direction the service was made.
26

Executed on **November 26, 2007**, at San Francisco, California.

27
        _____
                              Pamela Walter
28