# EXHIBIT B

Donna M. Mezias (State Bar No. 111902)
dmezias@jonesday.com
Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
NATIONAL CITY BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA RENAZCO,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CITY BANK, and DOES 1 through 100,<br><br>Defendant. | Case No. _____<br><br>**DECLARATION OF THOMAS PLANT IN SUPPORT OF DEFENDANT NATIONAL CITY BANK'S NOTICE OF REMOVAL OF ACTION FROM STATE COURT**<br><br>[28 U.S.C. §§ 1331, 1332, 1441 AND 1446] |

I, THOMAS PLANT, declare and state as follows:

1. I am employed by National City Bank ("National City" or the "Company") in the Law Department as Assistant General Counsel and Secretary of the Board of Directors. The following is based on my review of Company records maintained in the ordinary course of business and, if called upon to do so, I could and would testify competently thereto.

2. National City Bank is a national banking association chartered under the laws of the United States with its principal offices located in Cleveland, Ohio

...

This declaration is made in accordance with 28 U.S.C. § 1746 and I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed in Cleveland, Ohio on November 20, 2007.

*[signature]*

**THOMAS PLANT**

SFI-574024v1