# EXHIBIT C

| | |
|---|---|
| 1 | Donna M. Mezias (State Bar No. 111902) |
| | dmezias@jonesday.com |
| 2 | Catherine S. Nasser (State Bar No. 246191) |
| | cnasser@jonesday.com |
| 3 | JONES DAY |
| | 555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104 |
| | Telephone: (415) 626-3939 |
| 5 | Facsimile: (415) 875-5700 |
| 6 | Attorneys for Defendant |
| | NATIONAL CITY BANK |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA RENAZCO, | Case No. _____ |
| Plaintiff, | DECLARATION OF MARTHA HEADY MESSMAN IN SUPPORT OF DEFENDANT NATIONAL CITY BANK'S NOTICE OF REMOVAL OF ACTION FROM STATE COURT |
| v. | |
| NATIONAL CITY BANK, and DOES 1 through 100, | [28 U.S.C. §§ 1331, 1332, 1441(B) AND 1446] |
| Defendant. | SIGNATURE VIA FACSIMILE |

I, MARTHA HEADY MESSMAN, declare and state as follows:

1. I am employed by National City Bank (the "Company") in the Employee Relations department as a Senior Vice President and the EEO/Compliance Manager. The following is based on my review of Company records maintained in the ordinary course of business and, if called upon to do so, I could and would testify competently thereto.

2. In my position with the Company, I am familiar with the Company's computer system, which houses certain payroll and employee data regarding both current and former employees. The Company maintains its computer system, and the data contained in it, in the ordinary course of its business. The data in the system is entered at or near the time of a payroll or human resources event, and it is transmitted by a person with knowledge of the event in question.

DECLARATION OF MARTHA HEADY MESSMAN

3. At my direction, searches were conducted in the Company's computer system to retrieve certain personnel data, including salary information and employment dates, associated with current and former employees who hold exempt underwriter positions in the State of California.

4. Since October 2003, National City has employed approximately 194 individuals in exempt, underwriter, senior underwriter, underwriter trainee, and similar positions responsible for reviewing home mortgages to consumers in the State of California. Of these 194 individuals, approximately 135 are former employees. The average tenure of these individuals (from October 13, 2003 through October 15, 2007) was approximately 65 weeks. Since October 2003, the lowest average annual salary of these individuals was approximately $24,999.96, and the highest approximately $141,233.52.

This declaration is made in accordance with 28 U.S.C. § 1746 and I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed in Indianapolis, Indiana on November 26, 2007.

*/s/ Martha Heady Messman*

MARTHA HEADY MESSMAN

SFI-574464v1

- 2 -

DECLARATION OF MARTHA HEADY MESSMAN