1  Donna M. Mezias (State Bar No. 111902)
   dmezias@jonesday.com
2  Catherine S. Nasser (State Bar No. 246191)
   cnasser@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   NATIONAL CITY BANK
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 **SONIA RENAZCO,**                  Case No. C 07-05947 PJH

12         **Plaintiff,**              **DEFENDANT NATIONAL CITY BANK'S SUBMISSION REGARDING REMOVAL OF ACTION FROM STATE COURT**
13         **v.**

14 **NATIONAL CITY BANK, and DOES 1 through 100,**
15
           **Defendant.**
16

17
        Pursuant to this Court's Standing Order Regarding Removed Cases, received by
18
   Defendant National City Bank ("Defendant") on November 26, 2007, Defendant files the
19
   following submission:
20
        1.   Defendant is the sole ascertained, non-fictitious defendant in this action.
21
   Defendant was served at the time it removed this action from State Court to this Court.
22
        2.   The Summons and Amended Complaint were served on Defendant effective
23
   November 6, 2007.  Defendant filed its Notice of Removal of Action from State Court on
24
   November 26, 2007.  Defendant's removal of this action is timely because Defendant removed
25
   this matter within 30 days of Plaintiff's completion of service.
26

27

28

Defendant's Submission Regarding Removal                     Case No. C 07-05947 PJH

1     3.     Defendant is not a citizen of California. Defendant Does 1 through 100 are fictitious names and the citizenship of such defendants shall be disregarded for purposes of removal jurisdiction. 28 U.S.C. § 1441(a).

4.     Defendant is a citizen of Ohio. Defendant Does 1 through 100 are fictitious names and the citizenship of such defendants shall be disregarded for purposes of removal jurisdiction. 28 U.S.C. § 1441(a). Plaintiff alleges that she resides in California. Amended Complaint, ¶ 1. Thus, based upon information and belief, Plaintiff was a citizen of the State of California at the time she filed this action, and still is.

Dated: December 6, 2007

Respectfully submitted,

Jones Day

By:  /S/ Catherine S. Nasser
       Catherine S. Nasser
Counsel for Defendant
NATIONAL CITY BANK

SFI-575054v1