1  Donna M. Mezias (State Bar No. 111902)
   dmezias@jonesday.com
2  Catherine S. Nasser (State Bar No. 246191)
   cnasser@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   NATIONAL CITY BANK
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 SONIA RENAZCO,                      Case No. C 07-05947 PJH

12           Plaintiff,                [PROPOSED] ORDER GRANTING
                                       APPLICATION FOR ADMISSION OF
13    v.                               ATTORNEY *PRO HAC VICE*

14 NATIONAL CITY BANK, and DOES 1
   through 100,
15
             Defendant.
16

17       Stanley Weiner, an active member in good standing of the bars of Texas and Wisconsin,
18 whose business address and telephone number is 901 Lakeside Avenue, Cleveland, Ohio 44114-
19 1190, 216-586-3939, having applied in the above-entitled action for admission to practice in the
20 Northern District of California on a *pro hac vice* basis, representing defendant National City Bank
21 in the above-entitled action,
22       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
23 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac
24 vice*. Service of papers upon and communication with co-counsel designated in the application
25 will constitute notice to the party. All future filings in this action are subject to the requirements
26 contained in General Order No. 45, Electronic Case Filing.
27
28

[Proposed] Order Granting Application For                       Case No. C 07-05947 PJH
Admission of Attorney Pro Hac Vice

1 | Dated: ~~December __, 2007~~ January 3, 2008      By: _____
2 |                                          Honorable Phyllis J. Hamilton
3 |                                          United States District Court Judge

SFI-574861v1