1  H. Tim Hoffman, SBN 49141
   Arthur W. Lazear, SBN 83603
2  **HOFFMAN & LAZEAR**
   180 Grand Avenue, Suite 1550
3  Oakland, CA 94612
   Telephone: (510) 763-5700
4
   Attorneys for Plaintiff
5

6

7

8             SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      FOR THE COUNTY OF SONOMA

10 SONIA RENAZCO, individual, on behalf of  )
   herself and all others similarly situated, )   **CASE NO. 3:07-cv-05947-PJH**
11                                            )
                        Plaintiffs,           )
12      v.                                    )
                                              )
13 NATIONAL CITY BANK, a division of          )   **CERTIFICATE OF SERVICE**
   NATIONAL CITY CORPORATION, and             )
14 DOES 1 through 100,                        )
                                              )
15                      Defendants.            )
                                              )
16                                            )
                                              )
17                                            )

18

19 I, Shola Ogunlana, declare:

20      I am, and was at the time of the service mentioned in this declaration, over the age of 18 years and am not a party to this cause. My business address is HOFFMAN & LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County, California. On February 7, 2008, I served the following Documents:

23      **ADR CERTIFICATION BY PARTIES AND COUNSEL**

24      EMAIL: By transmitting via email based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.

26      BY HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

        FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a

sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

✓ **ELECTRONIC FILING:** The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, **CASE NO. 3:07-cv-05947-PJH** :

H. Tim Hoffman - hth@hoffmanandlazear.com
Arthur W. Lazear - awl@hoffmanandlazear.com
Morgan M. Mack - mmm@hoffmanandlazear.com
Donna Marie Mezias - dmezias@jonesday.com, saltamirano@jonesday.com
Catherine Suzanne Nasser - cnasser@jonesday.com, pwalter@jonesday.com

✓ **BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

Stanley Weiner
901 Lakeside Avenue
Cleveland, OH 44114-1190

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 7, 2008

*Shola Ogunlana*