UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA RENAZCO<br>                Plaintiff(s),<br><br>v.<br><br>NATIONAL CITY BANK, and<br>DOES 1 through 100,<br>                Defendant(s).<br>_____/ | CASE NO. CV-07-5947 PJH<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☒ Private ADR (*please identify process and provider*)  Private Mediation

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☒ other requested deadline  June 30, 2008

Dated: February 21, 2008

                                                    [signature]
                                                    Attorney for Plaintiff
                                                    SONIA RENAZCO

Dated: February 21, 2008                            /S/ Catherine S. Nasser
                                                    Attorney for Defendant
                                                    NATIONAL CITY BANK

American LegalNet, Inc.
www.USCourtForms.com

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other __June 30, 2008__

IT IS SO ORDERED.

Dated: February ___, 2008

_____
UNITED STATES DISTRICT COURT JUDGE
Hon. Phyllis J. Hamilton

American LegalNet, Inc.
www.USCourtForms.com