UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** February 28, 2008                                **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-5947 PJH

**Case Name:** Sonia Renazco v. National City Bank

**Attorney(s) for Plaintiff:**      Arthur Lazear
**Attorney(s) for Defendant:**   Donna M. Mezias; Catherine S. Nasser

**Deputy Clerk:** Nichole Heuerman            **Court Reporter:** Not Reported

PROCEEDINGS

　　Initial Case Management Conference-Held.  The parties are referred to private mediation.  A further case management conference is set for 6/26/08 at 2:30 p.m.  A joint case management conference statement shall be filed by 6/19/08.

**REFERRALS:**

**[x] Case referred to ADR for Private Mediation to be completed by 6/30/08**.

**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc:** file; ADR