1   Donna M. Mezias (State Bar No. 111902)
    dmezias@jonesday.com
2   Catherine S. Nasser (State Bar No. 246191)
    cnasser@jonesday.com
3   JONES DAY
    555 California Street, 26th Floor
4   San Francisco, CA 94104
    Telephone:    (415) 626-3939
5   Facsimile:    (415) 875-5700

6   Stanley Weiner (admitted *pro hac vice*)
    sweiner@jonesday.com
7   JONES DAY
    901 Lakeside Avenue
8   Cleveland, OH 44114
    (not admitted in Ohio)
9
    Attorneys for Defendant
10  NATIONAL CITY BANK

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13

14

    SONIA RENAZCO,                          Case No. CV-07-5947 PJH
15
                      Plaintiff,            STIPULATION AND [PROPOSED]
16                                          ORDER CONTINUING CASE
          v.                                MANAGEMENT CONFERENCE
17
    NATIONAL CITY BANK, and DOES 1
18  through 100,

19                    Defendant.

20

21        Pursuant to Rules 6-2 and 7-11 of the Civil Local Rules of the Northern District of

22  California, all parties to this action, through their duly authorized undersigned counsel, stipulate

23  and request as follows:

24        WHEREAS, the complaint in this action was filed on July 26, 2007, and the first amended

25  complaint was filed on or about September 28, 2007;

26        WHEREAS, the Court has scheduled a Case Management Conference for June 26, 2008,

27  and ordered the parties to submit a Joint Case Management Statement by June 19, 2008;

28        WHEREAS, the parties participated in a mediation on June 6, 2008, before private

1  mediator Mark Rudy and, pursuant to that mediation, the parties subsequently reached an

2  agreement to settle the instant action;

3    WHEREAS, per the parties' agreement, all settlement papers will be finalized by mid-

4  July, 2008;

5    WHEREAS, the parties believe that, in the interests of efficiency and of avoiding

6  potentially unnecessary expenses, the Case Management Conference should be continued for at

7  least thirty (30) days to allow the parties to finalize their agreement.

8    IT IS HEREBY STIPULATED by and between the parties, through their respective

9  counsel:

10    1.  The Case Management Conference and the deadline for filing a Case Management

11  Statement are hereby continued for at least thirty (30) days.

12    2.  The parties must file a Joint Case Management Statement at least seven (7) days before

13  the Case Management Conference.

14  Dated: June 18, 2008    Respectfully submitted,

15           Jones Day

16

17           By:  __/S/ Catherine S. Nasser_____

18             Catherine S. Nasser
          Counsel for Defendant NATIONAL CITY BANK

19

20  Dated: June 18, 2008    Respectfully submitted,

21           Hoffman & Lazear

22

23           By:  __/S/ Morgan M. Mack_____

24             Morgan M. Mack
          Counsel for Plaintiff SONIA RENAZCO

25

26

27

28

1        **PURSUANT TO STIPULATION, the Case Management Conference is continued to**

2    **_____, 2008.**

3        **IT IS SO ORDERED.**

4

5    Dated: June ___, 2008

6

7                                _____

8                                  Honorable Phyllis J. Hamilton
                                    United States District Court Judge

9

10

11   SFI-586111v1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

1   mediator Mark Rudy and, pursuant to that mediation, the parties subsequently reached an

2   agreement to settle the instant action;

3           WHEREAS, per the parties' agreement, all settlement papers will be finalized by mid-

4   July, 2008;

5           WHEREAS, the parties believe that, in the interests of efficiency and of avoiding

6   potentially unnecessary expenses, the Case Management Conference should be continued for at

7   least thirty (30) days to allow the parties to finalize their agreement.

8           IT IS HEREBY STIPULATED by and between the parties, through their respective

9   counsel:

10          1. The Case Management Conference and the deadline for filing a Case Management

11  Statement are hereby continued for at least thirty (30) days.

12          2. The parties must file a Joint Case Management Statement at least seven (7) days before

13  the Case Management Conference.

14  Dated: June __, 2008                    Respectfully submitted,

15                                          Jones Day

16

17                                          By: _____
                                                Catherine S. Nasser
18                                          Counsel for Defendant NATIONAL CITY BANK

19

20  Dated: June 18, 2008                    Respectfully submitted,

21                                          Hoffman & Lazear

22

23                                          By: _____
                                                Morgan M. Mack
24                                          Counsel for Plaintiff SONIA RENAZCO

25

26

27

28

Case No. CV-07-5947 PJH                                     STIPULATION TO CONTINUE CASE MANAGEMENT
                                                                                       CONFERENCE
                                    - 2 -