Donna M. Mezias (State Bar No. 111902)
dmezias@jonesday.com
Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Stanley Weiner (admitted *pro hac vice*)
sweiner@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
(not admitted in Ohio)

Attorneys for Defendant
NATIONAL CITY BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA RENAZCO,<br><br>    **Plaintiff,**<br><br>  **v.**<br><br>**NATIONAL CITY BANK, and DOES 1 through 100,**<br><br>    **Defendant.** | Case No. CV-07-5947 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Rules 6-2 and 7-11 of the Civil Local Rules of the Northern District of California, all parties to this action, through their duly authorized undersigned counsel, stipulate and request as follows:

WHEREAS, the complaint in this action was filed on July 26, 2007, and the first amended complaint was filed on or about September 28, 2007;

WHEREAS, the Court has scheduled a Case Management Conference for June 26, 2008, and ordered the parties to submit a Joint Case Management Statement by June 19, 2008;

WHEREAS, the parties participated in a mediation on June 6, 2008, before private

1  mediator Mark Rudy and, pursuant to that mediation, the parties subsequently reached an

2  agreement to settle the instant action;

3          WHEREAS, per the parties' agreement, all settlement papers will be finalized by mid-

4  July, 2008;

5          WHEREAS, the parties believe that, in the interests of efficiency and of avoiding

6  potentially unnecessary expenses, the Case Management Conference should be continued for at

7  least thirty (30) days to allow the parties to finalize their agreement.

8          IT IS HEREBY STIPULATED by and between the parties, through their respective

9  counsel:

10          1.  The Case Management Conference and the deadline for filing a Case Management

11  Statement are hereby continued for at least thirty (30) days.

12          2.  The parties must file a Joint Case Management Statement at least seven (7) days before

13  the Case Management Conference.

14  Dated: June 18, 2008                    Respectfully submitted,

15                                          Jones Day

16

17                                          By:    /S/ Catherine S. Nasser
                                                   _____
18                                          Catherine S. Nasser
                                            Counsel for Defendant NATIONAL CITY BANK
19

20  Dated: June 18, 2008                    Respectfully submitted,

21                                          Hoffman & Lazear

22

23                                          By:    /S/ Morgan M. Mack
                                                   _____
24                                          Morgan M. Mack
                                            Counsel for Plaintiff SONIA RENAZCO

25

26

27

28

1          **PURSUANT TO STIPULATION, the Case Management Conference is continued to**

2     July 31 _____, **2008.**

3          **IT IS SO ORDERED.**

4

5     Dated: June ___, 2008

6

7

8                                                   Judge Phyllis J. Hamilton
                                                    United States District Court Judge

9

10

11    SFI-586111v1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Case No. CV-07-5947 PJH

                                    - 3 -

                                              STIPULATION TO CONTINUE CASE MANAGEMENT
                                                            CONFERENCE

# Exhibit A

1  mediator Mark Rudy and, pursuant to that mediation, the parties subsequently reached an

2  agreement to settle the instant action;

3      WHEREAS, per the parties' agreement, all settlement papers will be finalized by mid-

4  July, 2008;

5      WHEREAS, the parties believe that, in the interests of efficiency and of avoiding

6  potentially unnecessary expenses, the Case Management Conference should be continued for at

7  least thirty (30) days to allow the parties to finalize their agreement.

8      IT IS HEREBY STIPULATED by and between the parties, through their respective

9  counsel:

10      1. The Case Management Conference and the deadline for filing a Case Management

11  Statement are hereby continued for at least thirty (30) days.

12      2. The parties must file a Joint Case Management Statement at least seven (7) days before

13  the Case Management Conference.

14  Dated: June __, 2008          Respectfully submitted,

15                            Jones Day

16

17                            By: _____

18                                Catherine S. Nasser
                          Counsel for Defendant NATIONAL CITY BANK

19

20  Dated: June 18, 2008          Respectfully submitted,

21                            Hoffman & Lazear

22

23                            By: _____

24                            Morgan M. Mack
                          Counsel for Plaintiff SONIA RENAZCO

25

26

27

28

Case No. CV-07-5947 PJH                           STIPULATION TO CONTINUE CASE MANAGEMENT
                                            CONFERENCE
                        - 2 -