Donna M. Mezias (State Bar No. 111902)
dmezias@jonesday.com
Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Stanley Weiner (admitted *pro hac vice*)
sweiner@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
(not admitted in Ohio)

Attorneys for Defendant
NATIONAL CITY BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SONIA RENAZCO,** | **Case No. CV-07-5947 PJH** |
| **Plaintiff,** | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| **NATIONAL CITY BANK, and DOES 1 through 100,** | |
| **Defendant.** | |

Pursuant to Rules 6-2 and 7-11 of the Civil Local Rules of the Northern District of California, all parties to this action, through their duly authorized undersigned counsel, stipulate and request as follows:

WHEREAS, the complaint in this action was filed on July 26, 2007, and the first amended complaint was filed on or about September 28, 2007;

WHEREAS, the Court has scheduled a Case Management Conference for July 31, 2008, and ordered the parties to submit a Joint Case Management Statement by July 24, 2008;

WHEREAS, the parties participated in a mediation on June 6, 2008, before private

1  mediator Mark Rudy and, pursuant to that mediation, the parties subsequently reached an
2  agreement to settle the instant action;
3        WHEREAS, the parties have reached agreement as to all language in the settlement
4  agreement and are in the process of retrieving appropriate signatures;
5        WHEREAS, the parties intend to file joint preliminary approval papers with the Court on
6  or before August 11, 2008;
7        WHEREAS, the parties believe that, in the interests of efficiency and of avoiding
8  potentially unnecessary expenses, the Case Management Conference, to the extent one is
9  necessary, should be continued for at least fifteen (15) days to allow the parties to retrieve
10 signatures and draft and file the preliminary approval papers.
11       IT IS HEREBY STIPULATED by and between the parties, through their respective
12 counsel:
13       1. The Case Management Conference and the deadline for filing a Case Management
14 Statement are hereby continued for at least fifteen (15) days.
15       2. The parties must file a Joint Case Management Statement at least seven (7) days before
16 the Case Management Conference.

17 Dated: July 24, 2008                    Respectfully submitted,
18                                         Jones Day
19
20                                         By:   /S/ Catherine S. Nasser
21                                               Catherine S. Nasser
                                                Counsel for Defendant NATIONAL CITY BANK
22
23 Dated: July 24, 2008                    Respectfully submitted,
24                                         Hoffman & Lazear
25
26                                         By:   /S/ Morgan M. Mack
                                                Morgan M. Mack
27                                              Counsel for Plaintiff SONIA RENAZCO
28

     **PURSUANT TO STIPULATION, the Case Management Conference is continued to _____, 2008.**

     **IT IS SO ORDERED.**

Dated: July ___, 2008

                                                            _____
Honorable Phyllis J. Hamilton
United States District Court Judge

SFI-588427v1

# Exhibit A

1  mediator Mark Rudy and, pursuant to that mediation, the parties subsequently reached an
2  agreement to settle the instant action;
3       WHEREAS, the parties have reached agreement as to all language in the settlement
4  agreement and are in the process of retrieving appropriate signatures;
5       WHEREAS, the parties intend to file joint preliminary approval papers with the Court on
6  or before August 11, 2008;
7       WHEREAS, the parties believe that, in the interests of efficiency and of avoiding
8  potentially unnecessary expenses, the Case Management Conference, to the extent one is
9  necessary, should be continued for at least fifteen (15) days to allow the parties to retrieve
10 signatures and draft and file the preliminary approval papers.
11      IT IS HEREBY STIPULATED by and between the parties, through their respective
12 counsel:
13      1. The Case Management Conference and the deadline for filing a Case Management
14 Statement are hereby continued for at least fifteen (15) days.
15      2. The parties must file a Joint Case Management Statement at least seven (7) days before
16 the Case Management Conference.

Dated: July 24, 2008                    Respectfully submitted,

                                        Jones Day


                                        By: _____
                                            Catherine S. Nasser
                                            Counsel for Defendant NATIONAL CITY BANK


Dated: ~~June 18,~~ July 24, 2008       Respectfully submitted,

                                        Hoffman & Lazear


                                        By: _____
                                            Morgan M. Mack
                                            Counsel for Plaintiff SONIA RENAZCO

Case No. CV-07-5947 PJH                 STIPULATION TO CONTINUE CASE MANAGEMENT
                      - 2 -                                        CONFERENCE