Donna M. Mezias (State Bar No. 111902)
dmezias@jonesday.com
Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:     (415) 875-5700

Stanley Weiner (admitted *pro hac vice*)
sweiner@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
(not admitted in Ohio)

Attorneys for Defendant
NATIONAL CITY BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SONIA RENAZCO,** | Case No. CV-07-5947 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| **NATIONAL CITY BANK, and DOES 1 through 100,** | |
| Defendant. | |

Pursuant to Rules 6-2 and 7-11 of the Civil Local Rules of the Northern District of California, all parties to this action, through their duly authorized undersigned counsel, stipulate and request as follows:

WHEREAS, the complaint in this action was filed on July 26, 2007, and the first amended complaint was filed on or about September 28, 2007;

WHEREAS, the Court has scheduled a Case Management Conference for August 28, 2008, and ordered the parties to submit a Joint Case Management Statement by August 21, 2008;

WHEREAS, the parties participated in a mediation on June 6, 2008, before private

1  mediator Mark Rudy and, pursuant to that mediation, the parties subsequently reached an
2  agreement to settle the instant action;
3      WHEREAS, the parties have finalized the settlement agreement and have received all
4  signatures except Plaintiff's signature; Plaintiff has executed and mailed the agreement but
5  counsel is awaiting receipt;
6      WHEREAS, the parties have reached agreement as to the majority of the language in the
7  preliminary approval papers and intend to file the same with the Court within fifteen (15) days;
8      WHEREAS, the parties believe that, in the interests of efficiency and of avoiding
9  potentially unnecessary expenses, the Case Management Conference, to the extent one is
10 necessary, should be continued for at least fifteen (15) days to allow the parties to finalize
11 drafting and file the preliminary approval papers.
12     IT IS HEREBY STIPULATED by and between the parties, through their respective
13 counsel:
14     1. The Case Management Conference and the deadline for filing a Case Management
15 Statement are hereby continued for at least fifteen (15) days.
16     2. The parties must file a Joint Case Management Statement at least seven (7) days before
17 the Case Management Conference.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  Dated: August 21, 2008                Respectfully submitted,

2                                        Jones Day

3

4                                        By:   /S/ Catherine S. Nasser
                                              Catherine S. Nasser
5                                        Counsel for Defendant NATIONAL CITY BANK

6

7  Dated: August 21, 2008                Respectfully submitted,

8                                        Hoffman & Lazear

9

10                                       By:   /S/ Morgan M. Mack
                                              Morgan M. Mack
11                                       Counsel for Plaintiff SONIA RENAZCO

12

13      **PURSUANT TO STIPULATION, the Case Management Conference is continued to**

14  October 2           **, 2008.**

15      **IT IS SO ORDERED.**

16

17  Dated: August 26, 2008

18

19                                                                              
                                         IT IS SO ORDERED
20                                       Judge Phyllis J. Hamilton
                                         United States District Judge
21

22  SFI-590532v1

23

24

25

26

27

28

Case No. CV-07-5947 PJH                         STIPULATION TO CONTINUE CASE MANAGEMENT
                                - 3 -                                        CONFERENCE

# Exhibit A

1  Dated: August 21, 2008                Respectfully submitted,

2                                        Jones Day

3

4                                        By: _____
                                             Catherine S. Nasser
5                                            Counsel for Defendant NATIONAL CITY BANK

6

7  Dated: August 21, 2008                Respectfully submitted,

8                                        Hoffman & Lazear

9

10                                       By: _____
                                             Morgan M. Mack
11                                           Counsel for Plaintiff SONIA RENAZCO

12

13     **PURSUANT TO STIPULATION, the Case Management Conference is continued to**

14  _____, 2008.

15     **IT IS SO ORDERED.**

16

17  Dated: August ___, 2008

18

19                                       _____
                                         Honorable Phyllis J. Hamilton
20                                       United States District Court Judge

21

22  SFI-590532v1

Case No. CV-07-5947 PJH               STIPULATION TO CONTINUE CASE MANAGEMENT
                        - 3 -                              CONFERENCE