1  HOFFMAN & LAZEAR
   H. Tim Hoffman, Esq.          (SBN 49141)
2  hth@hoffmanandlazear.com
   Arthur W. Lazear, Esq.        (SBN 83603)
3  awl@hoffmanandlazear.com
   Morgan M. Mack, Esq.          (SBN 212659)
4  mmm@hoffmanandlazear.com
   180 Grand Avenue, Suite 1550
5  Oakland, CA 94612
   Telephone:    (510) 763-5700
6  Facsimile:    (510) 835-1311

7  Attorneys for Plaintiff, SONIA RENAZCO,
   individual, on behalf of herself
8  and all others similarly situated

9  Donna M. Mezias (State Bar No. 111902)
   dmezias@jonesday.com
10 Catherine S. Nasser (State Bar No. 246191)
   cnasser@jonesday.com
11 JONES DAY
   555 California Street, 26th Floor
12 San Francisco, CA  94104
   Telephone:    (415) 626-3939
13 Facsimile:    (415) 875-5700

14 Attorneys for Defendant
   NATIONAL CITY BANK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **SONIA RENAZCO,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**NATIONAL CITY BANK, and DOES 1 through 100,**<br><br>　　　　Defendant. | Case No. CV-07-5947 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER  RESCHEDULING DATE OF SUBMISSION OF FINAL APPROVAL PAPERS**<br><br>**Date:**　　　April 23, 2009<br>**Time:**　　　9:00 a.m.<br>**Courtroom:**　2 |

1
**Stipulation and [Proposed] Order Rescheduling Date of Submission of Final Approval Papers**

TO THE HON. PHYLLIS J. HAMILTON, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:

WHEREAS the Court has set April 23, 2009 as the date for a Final Approval Hearing; and

WHEREAS Notice has been sent to the class informing class members that the Final Approval Hearing will be on April 23, 2009; and

WHEREAS, due to unforeseen conflicts, the parties have not completed drafts of the final approval papers;

WHEREAS the parties wish to file a Joint Motion for Final Approval of Class Settlement and Plaintiffs wish to file a Motion for Approval of Attorneys' Fees by March 25, 2009 without changing the date of the Final Approval hearing;

IT IS HEREBY STIPULATED AND REQUESTED by and between the parties hereto through their respective undersigned counsel that:

1. The deadline for the Joint Motion for Final Approval and Plaintiff's Motion for Final Approval be extended to March 25, 2009;

Dated: March 18, 2009                                    /s/ Morgan M. Mack_____
                                                        MORGAN M. MACK
                                                        Attorney for Plaintiffs

Dated: March 18, 2009                                    /s/ Catherine Nasser_____
                                                        CATHERINE NASSER
                                                        Attorney for Defendant

**ORDER**

IT IS SO ORDERED. The deadline for the Joint Motion for Final Approval and Plaintiff's Motion for Final Approval is extended to March 25, 2009.

Dated: __March 19_____, 2009                         _____
                                                        United States District Judge

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]*